# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**EILEEN MONSERRATE ROSA**<br>**SAMUEL VALENTIN VEGA**<br><br>DEBTOR(S) | CASE NO. 09-06548-ESL<br><br>CHAPTER: 13 |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, through its undersigned counsel, and very respectfully to the Honorable Court, alleges and prays as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle MAZDA 3 2004 registered under number 2985622, executed by debtor(s) on FEBRUARY 13, 2004.

2. Debtor(s) filed the instant bankruptcy petition under Chapter 13 on AUGUST 10, 2009.

3. Debtor(s)' Plan was confirmed on APRIL 29, 2010. Said Plan proposes to pay pre-petition arrears through Chapter 13 Trustee and debtor(s) will maintain regular payment directly to Movant.

4. However, debtor(s) has/have breached the aforementioned Plan's proposals. As of today's date debtor(s) show(s) **THREE(3) post-petition arrears on monthly installments corresponding to the months of December, 2010 through February, 2010 for a total amount of post-petition installments due of    $985.95.**

5. Section 1307 (c)(6) of the Bankruptcy Code (11 USC  §1307 (c)(6)) provides for the dismissal of a case under Chapter 13 for "material default by the debtor with respect to a term of a Confirmed Plan."

QURMTDAC.doc

6. The situation above explained is effectively causing undue prejudice to Movant's rights as a holder of a secured claim.

7. Therefore, according to 11 USC §1307(c)(1) debtor's(s') unreasonable delay which is prejudicial to creditor, is sufficient also cause to warrant the dismissal of debtors' bankruptcy petition.

**WHEREFORE**, it is respectfully requested from the Honorable Court to order the dismissal of the instant bankruptcy petition according to the aforementioned bankruptcy disposition.

**NOTICE TO ALL PARTIES** is herein given to the effect that if no opposition is filed within thirty (30) from this notice the Court may enter an Order dismissing the case without further hearing.

## CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION,** Trustee and **JUAN O. CALDERON LITHGOW,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **EILEEN MONSERRATE ROSA, SAMUEL VALENTIN VEGA L-15 CALLE 12 URB VEGA BAJA LAKES VEGA BAJA, PR 00693** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 29 day JULY, 2010.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

```
Label Matrix for local noticing          COOP A/C MANATI                          DORAL BANK
0104-3                                    ANTONIO I HERNANDEZ SANTIAGO ESQ        NAYELI DIAZ FEBLES ESQ
Case 09-06548-ESL13                       PO BOX 8509                              PO BOX 70308
District of Puerto Rico                   SAN JUAN, PR 00910-0509                  SAN JUAN, PR 00936-8308
Old San Juan
Thu Feb 11 10:37:51 AST 2010

RELIABLE FINANCIAL SERVICES               US Bankruptcy Court District of P.R.     BANK OF AMERICA
RELIABLE FINANCIAL SERVICES               U.S. Post Office and Courthouse Building Attn: Bankruptcy NC4-105-02-77
PO BOX 21382                              300 Recinto Sur Street, Room 109         PO BOX 26012
PO BOX 21382                              San Juan, PR 00901-1964                  GREENSBORO, NC 27420-6012
SAN JUAN, PR 00928-1382

CITIBANK                                  CITIBANK USA                             COOP A/A MANATI
PO BOX 71433                              Attn.: Centralized  Bankruptcy           PO BOX 30562
SAN JUAN, PR 00936                        PO BOX 20507                             MANATI, PR 00674-8516
                                          KANSAS CITY, MO 64195-0507


CRIM                                      DORAL BANK                               DORAL FINANCIAL CORP
LEGAL COUNSEL OFFICES                     PO BOX 70308                             PO BOX 13988
PO BOX 195387                             SAN JUAN,PR 00936-8308                   SAN JUAN, PR 00908
SAN JUAN PR 00919-5387


Department of Treasury                    FIA Card Services NA aka Bank of America FIRSTBANK
Bankruptcy Section (424-B)                by PRA Receivables Management, LLC       PO BOX 13817
PO Box 9024140                            PO Box 12907                             SAN JUAN, PR 00908-3800
San Juan, PR 00902-4140                   Norfolk VA 23541-0907


GE Consumer Finance                       GEMB / HH GREGG                          GEMB/WALMART
For GE Money Bank                         Attention:  Bankruptcy                   PO BOX 981400
dba CAR CARE ONE/GEMB                     PO BOX 103106                            EL PASO, TX 79998-1400
PO Box 960061                             ROSWELL, GA 30076-9106
Orlando FL 32896-0061


HOME DEPOT                                ISLAND FINANCE, INC.                     LCDO. GILBERTO FIGUEROA
PROCESSING CENTER                         PO BOX 195369                            PO BOX 1321
PO BOX 9101                               SAN JUAN, PR 00919-5369                  MAYAGUEZ, PR 00681-1321
DES MOINES, IA 50368-9101


MUEBLERIAS BERRIOS                        Portfolio Recovery Associates LLC        RELIABLE FINANCIAL SERVICES
APTDO 674                                 PO Box 41067                             PO BOX 21382
CIDRA, PR 00739-0674                      Norfolk, VA 23541-1067                   SAN JUAN, PR 00928-1382


RSHK/CSBSD                                Recovery Management Systems Corporation  SAMS CLUB
Attn.: Centralized  Bankruptcy            For GE Money Bank                        Attention:  Bankruptcy Department
PO BOX 20507                              dba SAM'S CLUB                           PO BOX 103104
KANSAS CITY, MO 64195-0507                25 SE 2nd Ave Ste 1120                   ROSWELL, GA 30076-9104
                                          Miami FL 33131-1605


SANTANDER FINANCIAL SERVICES D/B/A ISLAND FI  SCA/ADV AUTO                          SEARS/CBSD
C/O LIGIA RIVERA BUJOSA                       1000 MACARTHUR BLDV                   133200 SMITH RD
PO BOX 7821                                   MAHWAH, NJ 07430-2035                 CLEVELAND, OH 44130
PONCE PR 00732-7821
```

```
TD Retail Card Services              WESTERN AUTO                          EILEEN MONSERRATE  ROSA
c/o Creditors Bankruptcy Service     PO BOX 51984                          L 15 CALLE 12
P O Box 740933                       TOA BAJA, PR 00950                    URB VEGA BAJA LAKES
Dallas, TX 75374-0933                                                      VEGA BAJA, PR 00693-3830


JOSE RAMON CARRION MORALES           JUAN O CALDERON LITHGOW               MONSITA LECAROZ ARRIBAS
PO BOX 9023884                       JUAN O CALDERON LITHGOW LEGAL OFFIC   OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884              PO BOX 1710                           OCHOA BUILDING
                                     VEGA BAJA, PR 00694-1710              500 TANCA STREET  SUITE 301
                                                                           SAN JUAN, PR 00901-1938


SAMUEL VALENTIN VEGA
L 15 CALLE 12
URB VEGA BAJA LAKES
VEGA BAJA, PR 00693-3830




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PRA RECEIVABLE MANAGEMENT          End of Label Matrix
POB 41067 NORFOLK                     Mailable recipients    36
, VA 23542                            Bypassed recipients     1
                                      Total                  37
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 09-06548-ESL |
| | CHAPTER 13 |
| EILEEN MONSERRATE ROSA<br>SAMUEL VALENTIN VEGA | |
| DEBTOR(S) | |

### MOTION SUBMITTING DECLARATION
### UNDER PENALTY OF PERJURY

Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **HILDARIS B. BURGOS MURIEL,** Bankruptcy Official for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28 day of JULY, 2010.

                                          **S/HILDARIS B. BURGOS MURIEL**
                                          **Bankruptcy Official**
                                          P. O. Box 21382
                                          San Juan, PR 00928-1382
                                          Tel. (787)625-6647 FAX:(787)625-4891
                                          hburgosm@reliablefinancial.com

Department of Defense Manpower Data Center     Jul-28-2010 12:15:00



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◁ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VALENTIN | SAMUEL | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon* (signature)

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:8E4256L1NI

Department of Defense Manpower Data Center　　　　　　　　　　　　Jul-28-2010 12:17:10



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◁ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| MONSERRATE | EILEEN | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:19E7S3H2LU