IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

SAMUEL VALENTIN VEGA
EILEEN MONSERRATE ROSA

Debtor(s)

Case No. **09-06548 ESL**

Chapter 13

## OPPOSITION TO DISMISSAL AND POST CONFIRMATION MODIFICATION O PLAN

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. Reliable Financial Services filed a motion to dismiss alleging debtors have not made post petition monthly payments.
2. Apparently, by mistake we left out of the plan a provision including monthly payments to be made in the plan. We are hereby amending plan post petition to clarify that the car's balance will be paid in the plan.

### NOTICE

*Parties in interest are notified they have twenty (20) days to reject a proposed modification of plan and request a hearing. Absent good cause, untimely rejections shall be denied.*

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and approve modification of confirmed plan by this amended plan dated August 31, 2010.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of this motion has been filed electronically with the Clerk of the Court which will send notification using the CM/ECF to the trustee and all other participants. Non participants have been notified with a copy of this motion and amended plan as per Master Address List by US regular mail.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed, deny motion to dismiss and confirm PCM of the plan dated August 31.

I HEREBY CERTIFY, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to the Chapter 13 trustee Jose R. Carrion.

In Vega Baja, Puerto Rico, on this August 31, 2010.

1

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

| | | |
|---|---|---|
| SAMUEL VALENTIN VEGA<br>L-15 CALLE 12<br>URB VEGA BAJA LAKES<br>VEGA BAJA, PR 00693 | GEMB / HH GREGG<br>ATTENTION: BANKRUPTCY<br>PO BOX 103106<br>ROSWELL, GA 30076 | SAMS CLUB<br>ATTENTION: BANKRUPTCY DEPA<br>PO BOX 103104<br>ROSWELL, GA 30076 |
| EILEEN MONSERRATE ROSA<br>L-15 CALLE 12<br>URB VEGA BAJA LAKES<br>VEGA BAJA, PR 00693 | GEMB/WALMART<br>PO BOX 981400<br>EL PASO, TX 79998 | SCA/ADV AUTO<br>1000 MACARTHUR BLDV<br>MAHWAH, NJ 07430 |
| JUAN O. CALDERON-LITHGOW<br>JUAN O. CALDERON-LITHGOW<br>P.O. BOX 1710<br>VEGA BAJA, P. 00694-1710 | HOME DEPOT<br>PROCESSING CENTER<br>PO BOX 9101<br>DES MOINES, IA 50368-9101 | SEARS/CBSD<br>133200 SMITH RD<br>CLEVELAND, OH 44130 |
| BANK OF AMERICA<br>ATTN: BANKRUPTCY NC4-105-02-77<br>PO BOX 26012<br>GREENSBORO, NC 27410 | ISLAND FINANCE, INC.<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | SEARS/CBSD<br>133200 SMITH RD<br>CLEVELAND, OH 44130 |
| CITIBANK<br>PO BOX 71433<br>SAN JUAN, PR 00936 | LCDO. GILBERTO FIGUEROA<br>PO BOX 1321<br>MAYAGUEZ, PR 00681-1321 | WESTERN AUTO<br>PO BOX 51984<br>TOA BAJA, PR 00950-1984 |
| CITIBANK USA<br>ATTN.: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | MUEBLERIAS BERRIOS<br>APTDO 674<br>CIDRA, PR 00739 | |
| COOP A/A MANATI<br>PO BOX 30562<br>MANATI, PR 00674 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928 | |
| DORAL FINANCIAL CORP<br>PO BOX 13988<br>SAN JUAN, PR 00908-3988 | RSHK/CSBSD<br>ATTN.: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | |
| FIRSTBANK<br>PO BOX 13817<br>SAN JUAN, PR 00908-3817 | SAMS CLUB<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL, GA 30076 | |