IN RE:                                                  CASE NO. 09-06548-ESL
SAMUEL VALENTIN VEGA
EILEEN MONSERRATE ROSA                                  CHAPTER 13

                DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**          Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$1,095.00**          **R2016 STM.  $3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,574.00     Fees paid: $1,666.00     Fees Outstanding: $908.00**

With respect to the proposed (amended) Plan dated: **8/31/2010** (Dkt 39)**.**          Plan Base: **11,650.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded to pay 100% of §507 priority claims.[§1322(a)(2)]


- Insufficiently Funded : Fails CREDITORS' BEST INTEREST TEST [§1325(a)(4)]
     Proposed base amount is insufficiently funded to pay priority portion of claim filed by Department of Treasury and Insurance Coverage for auto loan with Reliable. Modified base is also insufficiently funded to comply with this case Liquidation Value, determined in $1,095.00. Minimum base required: $15,000.00


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

     In San Juan, Puerto Rico this September 24, 2010.


                         /s/ Jose R. Carrion
                         _____
                         /s/ Jose R. Carrion

                         _____
                         JOSE R. CARRION
                         CHAPTER 13 TRUSTEE
                         PO Box 9023884, San Juan, PR 00902-3884
INP                      Tel. (787) 977-3535  Fax  (787) 977-3550